1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8     RENDELL B. NEALY,

9                          Plaintiff,

10          v.

11    VETERANS AFFAIRS HOSPITAL,

12                          Defendant.

CASE NO. 2:22-cv-00136-JCC

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

13        Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28

14    U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. §

15    1915(e)(2)(B) before issuance of summons.

16        The Clerk shall provide a copy of this Order to plaintiff and to the Honorable District

17    Court Judge John C. Coughenour.

18        DATED this 9th day of February, 2022.

19

20    _____
      BRIAN A. TSUCHIDA
21    United States Magistrate Judge

22

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1