___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 04 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Randell B. Nealy

Plaintiff(s)

vs.

VA Hospital Seattle
US Government
Defendant(s) RN

CASE NO. 2:22-CV-00136-JCC

APPLICATION FOR COURT-APPOINTED COUNSEL

Noted for Determination on:

_____
(Insert date of 3rd Friday after filing)

## MOTION

Plaintiff respectfully requests that the Court appoint counsel to represent him/her. This action seeks relief under federal statutes protecting civil rights. This is **not**, however, an employment discrimination action brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq.

## FINANCIAL AFFIDAVIT

Has this Court previously granted you leave to proceed in forma pauperis? _No_. If such was granted in a different case in this Court, please supply the case number. _____.
(Please complete in full the attached Financial Affidavit.)

Application for Court-Appointed Counsel          1

## PREVIOUS EFFORTS TO RETAIN AN ATTORNEY

Describe briefly the efforts you have already made to retain an attorney. Indicate as accurately as possible how many attorneys you have contacted, and over what period of time. You need not identify the specific attorneys, and should not indicate the reasons they declined to represent you.

I have not contacted any

## MERITS OF CLAIM

Has the Equal Employment Opportunity Commission, the Washington State Human Rights Commission, or other state or federal agency officially determined whether there is reasonable cause to believe that the allegations of your complaint are true? No . If so, please identify the agency which made the finding, and the conclusion the agency reached.

If there has been no such finding in your favor by a government agency, you may attach a brief statement showing why your claim has merit. Do not include exhibits or other evidence. Your statement is incorporated in this application and is subscribed under oath.

## AFFIDAVIT OF SERVICE

The following is a list of all other parties, and their respective attorneys, who have appeared or answered in this action.

| PARTY | ATTORNEY |
|---|---|
|  |  |
|  |  |
|  |  |

Application for Court-Appointed Counsel                                                                                                2

I have directed a copy of this entire Application, by mail or by personal service, to the attorney for each such party.

I, __Randell B. Nealy__, plaintiff in this action, swear that I have read this entire Application, including any attachments, and the Complaint. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information is true and correct.

Executed on this __31__ day of __January, 2022__

_____
Signature of Plaintiff

Plaintiff's Name, Address and Telephone:
VA Hospital (US Government)
Seattle WA. 98108
1660 S Columbian WAY
Phone # 206-762-1010

Application for Court-Appointed Counsel                                           3
Revised 11/03