FILED
LODGED
RECEIVED

MAY 06 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

May 5, 2022

Randell B. Nealy
7515 24th Ave SW #1
Seattle, WA 98106
206-539-6364
email: nealyrandell@yahoo.com

The Honorable Judge John C. Coughenour
Re: Case # 2:2022cv00136

Cryptosporidium (crypto) is an illness caused by parasitic infestation. The parasite lives in soil, food, and water. It may also be on surfaces that have been contaminated with feces (poop). You can become infected by swallowing the parasite it in your water, food, or water that you swim in. You can also get it by touching your mouth with contaminated hands.

The most common symton of crypto is watery diarrehea. Other symtoms include dehydration, weight loss, stomach cramps or pain, fever, nausea, and vomiting.

Crypto is known to cause hepato-biliary (HB) involvment mainly in association with T-cell immune deficiency; HB involvement with milder immunosuppression is less well-described.

Cryptosporidium infestation should be considered in the differential diagnosis of both diarrehea and HB symptoms and abnormal liver function tests, even in the presence of relatively mild immunosuppression.

info: medlineplus.gov

May 5, 2022                                    2

Noroviruses are a group of related viruses. Infection with these viruses, causes food poisoning and and illness called gastroenteritis, an inflammation of the stomach and small intestines. It can spread from person to person, or through contaminated food or water. You can also get it if you touch a contaminated surface. Norovirus can be serious especially with children and older adults.

The most common symptoms of norovirus are; diarrehea, nausea and vomiting, and stomach pain.

Other symptoms may include fever, headache, and/or bodyaches.

Treatment includes bed rest, and lots of liquids to prevent dehydration. There is no specific medicine to treat norovirus infections.

Proper hand-washing and safe food preparation may help prevent infections.

(centers for disease control & prevention. Mayo foundation for medical education and research.)

Although liver injury concurrent with norovirus gastroenteritis is rarely documented, and it's pathogenisis remains unknown, clinicians should consider liver injury as one of the possible manefestations of norovirus gastroenteritis. (medlineplus.gov)

May 5, 2022

Your honor, my heart condition, history of alcoholism, and my dramatic weight-loss, were all known and well-documented at VA Hospital Seattle. Mild immunosuppression, from alcoholism, heart condition, (ablation in 2017) weight-loss, and crypto-noro infections was doing much more damage together, for over two years. I trusted the V.A. and Dr Alexander for my medical care and had no reason to run about town investigating my situation, until my caregiver Cheryl Schembrie, in April of 2019, insisted on going to her hospital, Overlake of Bellevue, WA. For that I am eternally gratefull, as she saved my life.

I, my sister Lisa Helms, and my caregiver Cheryl Schembrie, complained MANY TIMES to the folks at VA Seattle, my Dr Alexander, and the ER staff at VA Seattle twice that I remember, about this debacle. Our protestations went completely unheeded. Hence the visit to Overlake.

I remain agog over this experience. Until this episode with crypt-noro, I had NORMAL liver function tests.

I have been a non-drinker since this experience, the only upside.

My new Dr. Aalami at the VA is writing a letter about erectil dysfunction.

Thank You Your Honor
Sincerely [signature]

May 5, 2022

## Addendum (Pharmeasy)

Our liver is the most hard-working but undervalued organ in the body. The liver performs approximately 500 or more functions from storing sugar, minerals and vitamins as fuel for the body. It also controls the production and secretion of cholesterol etc. The live contains bile stored in the gallbladder, and this helps break down fats.

Symtoms of a stressed liver show up very late, compared to a stressed heart. Livers filter out all foreign particles, such as food additives, tobacco, alcohol and environmental factors.

1. skin color - jaundice yellow or pale with a blue tinge ✗
2) nails fingertips yellow, yellowing in the eyes
3) digestion problems
4) pains and bodyaches. The liver purifies the blood and produces new blood as well. This function is curtailed directly proportional to liver stress ✗
5) Fatigue. Chronic fatigue is a clear indictator of liver stress. ✗
6) darker urine
7) mood swings. disturbs mental health ✗

May 5, 2022

#8 a stressed liver impacts the overall body functions - it may cause ringing in the ears, insomnia, dizziness, blurry vision, allergies, NO SEX DRIVE ✻, internal or intestinal bleeding, sensitivities to chemicals, PMS, drastic wieght LOSS,✻ and spider veins.

#9 Loss of appetite, little to no interest in food ✻

#10 irregular sleep cycles ✻

#11 Failing memory. When suffering from liver fatigue internally, the organs are incapable of de-toxifying the blood. This leads to hepatic enceptelopathy which is a kind of build-up in the brain, triggering memory-loss. Also difficult to concentrate. ✻

#12 Skin itchiness ✻ went to dermatologist west Seattle

#13 Sudden weight gain - not me

#14 Palms turn Red
#15 enlarged breasts in Men ✻ yes your honor, my tits grew!
#16 easy skin bruises ✻ got pics
#17 swelling ankles & legs. somewhat
#18 chills ✻

all marked with asterisk I had, or continue to have

May 5, 2022

Addendum #2

Your Honor;

As I am not predisposed for jurisprudence, stuff is occuring to me sporadically as I write and am attentive to this matter.

Also, mental damage/chronic fatigue from a stressed-out underperforming liver for 2½ yrs is still a great problem so patience for me is a must.

If we think about it, my body and brain were awash in poisonous toxins for 2½ years as my liver strained mightily to perform its duties pounded by two different organisms and subsequent weight-loss. As my symptoms grew, my interest in alcohol diminished to the point of "what is the point?"

Your Honor I retired early (at 64) because I thought I was dying. I looked like I was dying. I felt like I was dying, and I would have if not for Cheryl Schembrie and my sister Lisa Helms. After all Dr Alexander said nothing was wrong, only my alcoholism.

Currently (as we know how the disease works) I am a non-drinker! Yay

P.S. Your Honor, This was surprisingly difficult for me to recall & write as 7-8 variations have been done. And I want to meet you!

Your Honor,
This copy of Cheryl's letter has an addendum for her signature and an added note. This copy is evidence. RN 5/5/2022

May 5, 2022    1

Mr Micheal Bartley
810 Vermont Ave NW
WASHINGDU DC 20420

Dear Mr Micheal Bartley,

My name is Sheryl Szemborve and since early 2018, I have been Randell Nealy's caregiver.

Randell is a successfully recovering alcoholic since April of 2019. Early in March of that year, after 2 yrs of an undiagnosed malady, (it is my opinion there is discrimination against alcoholics at the VA), I suggested that we entertain a second opinion at my Hospital, Overlake of Bellevue WA. Randell was admitted (see hospital records) and diagnosed with a chronic infestation of Cryptosporidia, and Nova virus, in addition to his alcoholism. I had been to the VA with Randell since I started and complained of symtoms at regular appointments and at the ER, as he got thinner and thinner, sicker and sicker. One clinician even commented of the dramatic "Lose of muscle mass" at one of his appointments. Randell almost died! see pictures included of Randell during this time. This was an egregious event on the part of the VA, and his Dr at the time Dr Alexander. Lisa, Randell's sister, caught Dr Alexander being lazy in his

May 5, 2022

presenting medications as, he let them pile up, without reviewing previous prescriptions. This happened as well. Randell was injured (penile dysfunction) and almost died, as a result of VA Hospitals, ~~for~~ failure to diagnose his parasitic infection for years. I ~~will~~ witnessed these events.

Sincerely

Cheryl Schembrie

P.S. This letter was penned by Randell Nealy

In addition to spelling my name wrong, Mr. Nealy had diarria for 3 years. He never left apartment, unless to doctor appointments. He started wearing diapers so he could go to doctors. He suffered greatly for 3 years. Dr. Alexander never looked into the cause. Mr. Nealy should have compensation for this reason alone. Overlake hospital found the reason immediately and started treatment.

Cheryl A. Schembrie
July 29, 2021

