The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDELL B. NEALY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | CASE NO.  2:22-cv-00136-JCC<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Defendant United States of America, without waiving the defenses of insufficient service of process, lack of jurisdiction, or any other defense in the above-entitled cause of action, hereby enters its appearance by and through the undersigned attorney of record.  You are advised that service of all further pleadings, notice, documents, or other papers herein, exclusive of original process, may be made upon said Defendant by serving the undersigned attorney at the address stated below.

//

//

//

NOTICE OF APPEARANCE
[2:22-cv-00136-JCC] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1   DATED this 31st day of May, 2022.

2                                          Respectfully submitted,

3                                          NICHOLAS W. BROWN
                                           United States Attorney

4
                                           *s/ Whitney Passmore*
5                                          WHITNEY PASSMORE, FL No. 91922
                                           Assistant United States Attorney
6                                          United States Attorney's Office
                                           700 Stewart Street, Suite 5220
7                                          Seattle, Washington 98101-1271
                                           Phone: 206-553-7970
8                                          Fax: 206-553-4067
                                           Email:  whitney.passmore@usdoj.gov

9
                                           *Attorneys for the United States of America*
10

**CERTIFICATION OF SERVICE**

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers;

I further certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify that on today's date, I arranged for service of the foregoing on *Pro Se* Plaintiff, via FedEx Priority Overnight, addressed as follows:

Randell B. Nealy
7515 – 24th Ave SW, Unit 1
Seattle, WA 98106

DATED this 31st day of May, 2022.

*s/ Caitlin Froelich*
CAITLIN FROELICH, Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: caitlin.froelich@usdoj.gov

NOTICE OF APPEARANCE
[2:22-cv-00136-JCC] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970